

# CENTER FOR GROWTH
### PSYCHOTHERAPY & WELLNESS

26711 Woodward, Suite 311
Huntington Woods, MI 48070
248-455-6161
www.centerforgrowthmichigan.com

August 18, 2025
26711 Woodward
Suite 311
Huntington Woods, MI 48070

To Whom it May Concern,

This letter is being written on behalf of ██████████████ Patient was clinically assessed on October 31, 2022. After assessment, it has been determined that the patient meets diagnostic criteria for Generalized Anxiety Disorder (F41.1). Client displays heightened anxiety response due to recent termination from her job that impacts daily living tasks and ability to seek new employment. Client has attended regular 2x a month therapy sessions for treatment for the past almost three years.

Warm regards,

Sarah Mountain, Ph.D., LLMSW
Direct: 248-971-0747
sarah@centerforgrowthmichigan.com